UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CESAR CASSARRUBIAS,

       Petitioner,

v.

       File No: 1:09-CV-1172

       HON. ROBERT HOLMES BELL

JOHN PRELESNIK,

       Respondent.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 7, 2014, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Petitioner Cesar Cassarrubias' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. (Dkt. No. 31, R&R.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. Upon review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 31) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. No. 1) is **DENIED**.

Dated: <u>March 31, 2014</u>                  /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE